Joana Gazeli

8107 Theisen

Center Line, MI 48015

(586)808-1138

January 29, 2023

Judge Denise Page Hood

℅ Mariell R. Lehman

mariell@mlehmanlaw.com

Re: Sentencing of Colin Clemente Martin

Dear Judge Hood,

My name is Joana Gazeli and I am Colin's wife. Colin and I originally met on a dating app and talking through the app soon met in person. From messaging back and forth to making plans, I found myself very elated to get to know and see more of him. We definitely hit it off quickly and have always been in sync since.Colin and I have now been married for 4 years and been together for 6 years total. If you ask either of us Colin and I will refer to one another as our other half. We fit like a puzzle piece in many ways. We both look forward to just being in each other's arms after a long workday. Even during these separate times of Colin being detained, we talk every night. When it was allowed, his father and I drove to visit every weekend taking turns to go in. Now it continues to video chat 3 times a week, which also includes his mother and father alongside me and his sister and niece on the other phone line. On my days off we'll talk earlier in the day and again later in the night. Hearing his voice and seeing his face continues to be a peace of mind for both us and him.

 I recognize that Colin pled guilty to a criminal charge before the court and I am writing this letter on his behalf. With this he is taking responsibility and his life as well as ours have been greatly impacted. I know he is taking all of this very seriously and moving forward aiming to rise from this fall. I would also like to add that I have never seen Colin engage in any online conduct that is concerning to me in the time we have been together. I, along with his family, continue to support him everyday and just want our love and acceptance to persevere for him.

Just to let you know a bit more about myself, I am an optical technician at an optometrist office called Roland Optics.I have been working here for 5 years. At this job I am responsible for any testing,assisting doctors, follow up care calls, scheduling medical visits and teaching contact lens insertion/removal classes. Even before this I have always found myself in the medical field,

being that I've also been a patient sitter, providing patient assistance at the hospital. I want to always help care for an individual's well being.

Colin is funny, sweet, caring, silly and he always puts a smile on my face. I will never forget this memory and I smile sharing it because it holds a special place in my heart. Before I begin, I wear glasses and Colin never has needed to. It was in the beginning months of dating and when I was at Colin's place, I wore a pair of contacts and spent the night, but I had forgotten to bring my glasses as backup. When I realized this, I freaked out a little bit, but Colin immediately stayed calm and wanted to help. He knew I needed something to help, but didn't quite know how my glasses worked. He mentioned that both of his parents wore glasses and he could go to their house, which was close by, to borrow either of theirs for me to wear. I remember he said "can't some prescription help better than staying without".  He was just so caring and sincere about just finding a solution for me and it was just heartwarming that he put so much effort towards it. It's where he didn't know much about it, but just wanted to do something to help. As our relationship grew, Colin always puts 100% effort into our relationship,whether we are near or far from one another. It can be finding me some glasses or helping out a family member, or even a friend in need. He cares with all his heart. He has helped friends in need with a place to stay, and even given a car that the friend couldn't afford to pay him all at once. All in all Colin is just a person who always puts the people he cares about above all, but also lends a helping hand to someone in need when he can. He sincerely  looks for the good in everyone. He is genuine and he has a big heart and I have seen it first hand and am lucky to have him in my life. There are ups and downs in life, and he is the partner I have chosen and want to face those with.

I hope this letter helps see the light in Colin that we always have seen and continue to everyday. Colin will always be supported because we want his light to be a part of the world again.

Thank you for your time and please reach out to me if there's any further questions.

Respectfully Yours,
Joana Gazeli